No. 12–0410/MC. U.S. v. Wade L. Walker. CCA 9501607. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 18, 2012.

